# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| BLACKHAWK AUTOMOTIVE PLASTICS, ) | CASE NO. 07-42671 (JOINTLY |
| INC., et. al. ) | ADMINISTERED) |
| ) | |
| DEBTORS. ) | |
| ) | HON. KAY WOODS |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceeding as proposed counsel for The Official Committee of Unsecured Creditors (the "Committee") and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, telefax, telegraph, telex or otherwise, which affects the Debtors to be served upon:

> Ronald E. Gold, Esq. (0061351)
> Michael J. O'Grady, Esq. (0065233)
> **FROST BROWN TODD LLC**
> 2200 PNC Center
> 201 East Fifth Street
> Cincinnati, Ohio 45202
> 513-651-6800 Telephone
> 513-651-6981 Facsimile
> rgold@fbtlaw.com
> mjogrady@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over the Committee, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* reviewed by a district judge, (ii) its right to a trial by jury in any proceeding to triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments they expressly reserve.

Dated:   November 6, 2007                          Respectfully submitted,

**FROST BROWN TODD LLC**

By:   */s/ Ronald E. Gold*
      Ronald E. Gold, Esq. (0061351)
      Michael J. O'Grady, Esq. (0065233)
      **FROST BROWN TODD LLC**
      2200 PNC Center
      201 East Fifth Street
      Cincinnati, Ohio  45202
      513-651-6800  Telephone
      513-651-6981  Facsimile
      rgold@fbtlaw.com
      mjogrady@fbtlaw.com

      **PROPOSED COUNSEL FOR THE
      OFFICIAL COMMITTEE OF
      UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served upon the attached distribution list, via ECF Noticing or regular U.S. class mail, on this 6th day of November, 2007:

/s/ Ronald E. Gold
Ronald E. Gold

# DISTRIBUTION LIST

## VIA U.S. MAIL

Maria D. Giannirakis
Saul Eisen
Office of U.S. Trustee
201 Superior Ave., Suite 441
Cleveland, OH 44114-1340

J.I.T. Packaging
c/o Erin Hogan Jones
1550 Kingsview Drive
PO Box 358
Lebanon, OH 45036

SABIC Innovative Plastics
c/o Valerie Venable
9930 Kinsey Avenue
Huntsville, NC 28078

CNI Enterprises, Inc.
c/o Jorge J. Morales
1451 E. Lincoln
Madison Heights, MI 48071

Kurz Transfer Products, LP
c/o David Seymour
3200 Woodpark Blvd.
Charlotte, NC 28206

Createc Corporation
c/o Elizabeth E. Dreyer
8888 Keystone Crossing
Suite 1600
Indianapolis, IN 46240

## VIA ECF

William Kohn
2300 BP America Tower
200 Public Square
Cleveland, OH 44114
Email:   wkohn@bfca.com

Michael R. Wernette
40950 Woodward Ave.
#100
Bloomfield Hills, MI 48304
Email: mwernette@schaferandweiner.com

Richard J. Cromer
525 William Penn Place, 30th Floor
Pittsburgh, PA 15219
Email:  bankruptcy@leechtishman.com

Stuart A. Laven
2300 BP Bldg.
200 Public Square
Cleveland,, OH 44114
Email: slaven@bfca.com

Donald F Baty, Jr
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
Email:  dbaty@honigman.com

Robert J Diehl, Jr
1901 St. Antoine St.
6th Floor
Detroit, MI 48226
Email:  rdiehl@bodmanllp.com

David M Neumann
2300 BP America Tower
200 Public Square
Cleveland, OH 44114
Email: dneumann@bfca.com

Dawn R Copley
Dickinson Wright PLLC
500 Woodward Ave
#4000
Detroit, MI 48226
Email:  dcopley@dickinsonwright.com

Robert C Folland
Thompson Hine LLP
127 Public Sq
3900 Key Center
Cleveland, OH 44114-1216
Email:   rob.folland@thompsonhine.com

4

07-42671-kw    Doc 122    FILED 11/06/07    ENTERED 11/06/07 11:35:07    Page 4 of 5

Scott J Freedman
Dilworth Paxson LLP
LibertyView-Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002
Email: sfreedman@dilworthlaw.com

James A Plemmons
500 Woodward Avenue
Suite 4000
Detroit, MI 48226
Email: jplemmons@dickinsonwright.com

Rodd A Sanders
1 Cascade Plaza
#1500
Akron, OH 44308
Email: rsanders@rodericklinton.com

David S Lefere
Bolhouse Vander Hulst Risko & Baar PC
3996 Chicago Drive SW
Grandville, MI 49418
Email: davidl@bolhouselaw.com

Carl D Rafoth
Friedman & Rummell Co., L.P.A.
100 East Federal Street, Suite 300
City Centre One Bldg.
Youngstown, OH 44503-1810
Email: crafoth@fandrlaw.com

Tricia A Sherick
2290 1st Natl Bldg
660 Woodward
Detroit, MI 48226
Email: tsherick@honigman.com

Jeremy R. Mason
PO Box 498367
5181 Natorp Blvd
Suite 202
Cincinnati, OH 45249
Email: mssbkcy@fuse.net

Jean Robertson
Calfee, Halter & Griswold LLC
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114
Email: jrobertson@calfee.com

Brian R. Trumbauer
1901 St. Antoine St.
6th Floor
Detroit, MI 48226
Email: btrumbauer@bodmanllp.com